UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jeannette Smith, et al. v. Bayer Corporation, et al.*        No. 10-cv-10766-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                                  JUSTINE FLANAGAN,
                                                                  ACTING CLERK OF COURT

                                                                  BY: /s/*Caitlin Fischer*
                                                                          **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.02.04 12:08:01 -06'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT